FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>VICTOR FELIPE RENTERIA-VEGA,<br><br>                    Defendant. | No. 2:23-CR-00072-MKD-1<br><br>ORDER DENYING DEFENDANT'S MOTION FOR DOWNWARD VARIANCE<br><br>**ECF No. 65** |

On December 4, 2024, the Court conducted the sentencing hearing in this matter and heard argument from counsel regarding Defendant's pending Motion for Downward Variance, ECF No. 65.

For the reasons stated on the record, the Court finds that based on the Section 3553(a) factors, a sentence within the advisory guideline range is sufficient but not greater than necessary to achieve the goals of sentencing, and thus, denies Defendant's request for a downward variance.

Accordingly, **IT IS HEREBY ORDERED:**

   1. Defendant's Motion for Downward Variance, **ECF No. 65**, is **DENIED**.

ORDER - 1

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and the United States Probation Office.

DATED December 5, 2024.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER - 2